DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY DEJUAN JACKSON,**
Appellant,

v.

**BRIGHTSTAR CREDIT UNION,**
Appellee.

No. 4D2025-2146

[June 4, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062021CA015613AXXXCE.

Anthony DeJuan Jackson, Miami, pro se.

Stephen A. Orsillo of Sorenson Van Leuven, PLLC, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***